**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50378.**

Feb. 26, 1970.

In re: Wallace Anderson applying for writ of habeas corpus.

The application is denied. The showing made in this application does not warrant the exercise of our supervisory or original jurisdiction.

231 So.2d 402

**STATE of Louisiana ex rel.
Robert L. NORWOOD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50407.**

Feb. 26, 1970.

In re: Robert L. Norwood applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.